IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

    Plaintiff,                    No. 2:11-cv-1852 JFM (PC)

    vs.

GEORGE MALIM, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 12, 2011, a document styled "Substitution of Attorney" was filed in this action, purporting to substitute Julia M. Young, Esq. in as counsel for plaintiff. That document did not contain a space for approval of the proposed substitution by this court. Cf. Local Rule 182(g). On January 23, 2012, Ms. Young filed a document styled "Substitution of Attorney and Order." That document includes the phrase "IT IS SO ORDERED:", below which is the date January 24, 2012, and above the signature line for the undersigned reads "/s/ John F. Moulds".

/////

/////

/////

1  This court did not sign the document filed on January 23, 2012. No substitution
2  of counsel has been approved by this court. Plaintiff continues to proceed pro se. The Clerk of
3  the Court is directed to serve a copy of this order on plaintiff Joshua Daniel Mills, # V60065, at
4  Pelican Bay State Prison and on Julia M. Young, Esq., Law Offices of Julia M. Young, 3017
5  Douglas Blvd., Suite 300, Roseville, CA 95661 and to correct the court record to reflect that
6  plaintiff is proceeding pro se.
7  IT IS SO ORDERED.
8  DATED: February 9, 2012.

UNITED STATES MAGISTRATE JUDGE

12
mill1852.o

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

        Plaintiff,                  No. 2:11-cv-1852 JFM (PC)

  vs.

GEORGE MALIM, et al.,

        Defendants.        NOTICE OF SUBMISSION

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____        Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                               _____
                                               Plaintiff