1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSHUA DANIEL MILLS,

11              Plaintiff,                     No. 2:11-cv-1852 JFM (PC)

12        vs.

13   GEORGE MALIM, et al.,

14              Defendants.                    ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On December 12, 2011, a document styled "Substitution of Attorney" was

18   filed in this action, purporting to substitute Julia M. Young, Esq. in as counsel for plaintiff.  That

19   document did not contain a space for approval of the proposed substitution by this court.  Cf.

20   Local Rule 182(g).  On January 23, 2012, Ms. Young filed a document styled "Substitution of

21   Attorney and Order."  That document includes the phrase "IT IS SO ORDERED:", below which

22   is the date January 24, 2012, and above the signature line for the undersigned reads "/s/ John F.

23   Moulds".

24   /////

25   /////

26   /////

1    This court did not sign the document filed on January 23, 2012.  No substitution

2 of counsel has been approved by this court.  Plaintiff continues to proceed pro se.  The Clerk of

3 the Court is directed to serve a copy of this order on plaintiff Joshua Daniel Mills, # V60065, at

4 Pelican Bay State Prison and on Julia M. Young, Esq., Law Offices of Julia M. Young, 3017

5 Douglas Blvd., Suite 300, Roseville, CA 95661 and to correct the court record to reflect that

6 plaintiff is proceeding pro se.

7    IT IS SO ORDERED.

8 DATED: February 9, 2012.

9

10            UNITED STATES MAGISTRATE JUDGE

11

12

13 12
 mill1852.o

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

        Plaintiff,                No. 2:11-cv-1852 JFM (PC)

   vs.

GEORGE MALIM, et al.,


        Defendants.         NOTICE OF SUBMISSION
_____/

        Plaintiff hereby submits the following document in compliance with the court's

order filed _____:

        _____     Complete Application to Proceed In Forma Pauperis
                        By a Prisoner/Certified Copy of Prison Trust Account
                        Statement

DATED:

                              _____
                              Plaintiff