IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

    Plaintiff,                 No. 2:11-cv-1852 JFM (PC)

    vs.

GEORGE MALIM, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 13, 2012, a third proposed substitution of attorney was filed in this action.[1] Like the previous two, this document proposes the substitution of Julia M. Young, Esq. in as counsel for plaintiff. On February 17, 2012, defendants Glenwinkel, Malim, White and Williams filed an opposition to the proposed substitution. On February 21, 2012, Ms. Young filed a response to said opposition.

        After review of the record, and good cause appearing, this court finds that the February 13, 2012 proposed substitution is in the proper form. See Local Rule 182(g). For that reason, it will be approved. The court makes no findings with respect to any potential conflict

---

[1] The previous two proposed substitutions were not approved by this court. See Order filed February 10, 2012.

1

1 that may exist between Ms. Young's representation of plaintiff and her potential status as a witness, nor should the court's approval of the proposed substitution be construed as approving any amendment to the operative complaint at this time or any other proposal tendered by Ms. Young in her response to the opposition to her proposed substitution.

On February 23, 2012, plaintiff filed a pro se motion for an extension of time to conduct discovery in this action and to serve defendant Steven Vladesov. Since plaintiff is now represented by counsel, his pro se motion will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The February 13, 2012 proposed substitution of Julia M. Young, Esq. as counsel for plaintiff is approved; and

2. Plaintiff's February 23, 2012 pro se motion for extension of time is denied.

DATED: April 5, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
mill1852.o2