IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

    Plaintiff,                No. 2:11-cv-1852 JFM (PC)

    vs.

GEORGE MALIM, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 8, 2012, plaintiff filed a second motion for order shortening time for hearing on a motion to modify the scheduling order filed in this action on November 16, 2011 and on a motion for an extension of time to serve defendant Steven Vladesov by publication, together with the two motions for which hearing on shortened time is sought.[1]  Plaintiff seeks to set these motions for hearing on May 17, 2012.

        After review of the record, and good cause appearing, IT IS HEREBY ORDERED that:

---

[1] Plaintiff's first motion for order shortening time was denied without prejudice due to counsel's failure to make a showing of an attempt to obtain a stipulation from opposing counsel to hear the motions on shortened time.  See Order filed May 3, 2012.

1

1. Plaintiff's May 8, 2012 motion for order shortening time is granted;

2. Plaintiff's motions for modification of the scheduling order and for extension of time to serve defendant Steven Vladesov are set for hearing before the undersigned on May 17, 2012 at 11:00 a.m. in Courtroom # 26; and

3. Opposition, if any, to the motions, shall be filed and served on or before 5:00 p.m. on Tuesday, May 15, 2012.

DATED: May 11, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
mill1852.o4