1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANIEL MILLS,<br><br>Plaintiff,<br><br>vs.<br><br>Placer County Sheriff's Department<br>George Malim, Captain<br>Steven Vladesov, Sergeant<br>R. White, Correctional Officer<br>J. Williams, Correctional Officer<br>California Forensic Medical Group<br>Joanne Hendricks, R.N.<br>David Duncan, M.D.<br><br>And Does 1 through 100,<br><br>Defendants. | Case No.:2:11-CV-1852-JFM<br><br>**ORDER GRANTING SERVICE BY PUBLICATION ON DEFENDANT STEVEN VLADESOV IN THE LOS ANGELES TIMES**<br><br>Action Filed:  July 14, 2011 |

GOOD CAUSE APPEARING, it is ORDERED that:

1. Plaintiff will be allowed to serve defendant Steven Vladesov by Publication in the Los Angeles Times.

2. The Notice for Service by Publication in the Los Angeles Times must be published for thirty days.

ORDER GRANTING SERVICE BY PUBLICATION FOR DEFENDANT STEVEN VLADESOV

1  DATE: June 19, 2012.

                                          /s/
                          <u>John F. Moulds</u>
                          John F. Moulds
                          U.S. Magistrate Judge

/mill1852.pub