**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA DANIEL MILLS,<br><br>Plaintiff,<br><br>vs.<br><br>Placer County Sheriff's Department<br>George Malim, Captain<br>Steven Vladesov, Sergeant<br>R. White, Correctional Officer<br>J. Williams, Correctional Officer<br>California Forensic Medical Group<br>Joanne Hendricks, R.N.<br>David Duncan, M.D.<br><br>And Does 1 through 100,<br><br>Defendants. | Case No.:2:11-CV-1852-JFM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW HIS OPPOSITION TO THE MOTIONS FOR SUMMARY JUDGMENT FILED ON NOVEMBER 1, 2012**<br><br>Action Filed:  July 14, 2011 |

    GOOD CAUSE APPEARING, it is ORDERED that plaintiff's opposition to the motions for summary judgment filed on November 1, 2012, is withdrawn.  Absent a stay by the United States Court of Appeals for the Ninth Circuit, plaintiff is ordered to re-file an opposition to the motion for summary judgment on or before December 31, 2012.

**Date: 11/8/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/mill1852.ext

1

ORDER