IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA DANIEL MILLS,

      Plaintiff,                             No. 2:11-cv-1852 JFM (PC)

   vs.

GEORGE MALIM, et al.,

      Defendants.                 ORDER

_____/

      Plaintiff is a state prisoner proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On November 27, 2012, defendant Steven Vladesov filed an answer to plaintiff's complaint after plaintiff was granted leave to serve said defendant by publication. See Order filed June 20, 2012 (Doc. No. 57). Good cause appearing IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to forward to defendant Vladesov a copy of the form Consent to Proceed Before a United States Magistrate Judge (Consent Form); and

      2. Within seven days from the date of this order defendant Vladesov shall determine whether to consent or decline to proceed before a United States Magistrate Judge

/////

/////

1

1  pursuant to 28 U.S.C. § 636(c), complete the Consent Form in accordance with that
2  determination, and file the completed form.
3  DATED: January 31, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12
mill1852.con