**LAW OFFICES OF JULIA M. YOUNG**
**JULIA M. YOUNG, SBN 225077**
3017 Douglas Blvd., Suite 300
Roseville, CA 95661
Tel: (916) 296-0786
Fax: (916) 784-3855
*juliayoung21@hotmail.com*

Attorney for Plaintiff
JOSHUA DANIEL MILLS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANIEL MILLS, <br><br> Plaintiff, <br><br> vs. <br><br> PLACER COUNTY SHERIFF'S DEPARTMETN, GEORGE MLAIM, CAPTAIN; STEVEN VLADESOV, SERGEANT; SASHA GLENWINKEL, DEPUTY; RO. WHITE, CORRECTIONAL OFFICER; J. WILLIAMS, CORRECTIONAL OFFICER; CALIFORNIA FORENSIC MEDICAL GROUP; JOANNE HENDRICKS, R.N.; DAVID DUNCAN, M.D., and DOES 1 through 100, inclusive, ., <br><br> Defendants. | Case No.: 2:11-CV-01852 <br><br> **ORDER GRANTING STIPULATED DISMISSAL** |

GOOD CAUSE APPEARING, it is hereby ordered that the Stipulated Dismissal filed on April 24, 2013, is granted. The above-entitled case will be dismissed with prejudice, each side to bear its own costs and attorney's fees.

DATE: May 15, 2013           BY  *allison Claire*
                                                            HON. ALLISON CLAIRE
                                                            UNITED STATES MAGISTRATE JUDGE

1
ORDER